## Jacob Vondrasek et al., Appellees, v. Bernard Yale et al., Appellants.

**Gen. No. 41,512.**

opinion filed October 29, 1940. Yale & Yale, for appellants; Bernard Yale, of counsel; Joseph M. Jacobs, for appellees; Archie L. Berman, of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''